# UNITED STATES BANKRUPTCY COURT
District Of ____Utah____

In re <u>Johannes Wilhelmus DeWinter</u>, Case No. <u>18-29215-WTT</u>

## TRANSFER OF CLAIM SERVICING

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee Servicer hereby gives evidence and notice of the transfer of servicing for the claim referenced in this notice.

| | |
|---|---|
| BSI Financial Services, Inc. | RoundPoint Mortgage Servicing Corporation |
| Name of Transferee Servicer | Name of Transferor Servicer |

Name and Address where notices to Transferee Servicer should be sent:

BSI Financial Services
PO Box 679002
Dallas, TX 75267-9002

Court Claim # (if known): 6
Amount of Claim: $261,207.11
Date Claim Filed: 2/5/2019

Phone: 800-327-7861
Last Four Digits of Acct #: 3224

Phone: 877-426-8805
Last Four Digits of Acct. #: 3224

Name and Address where Transferee Servicer payments should be sent (if different from above):

BSI Financial Services
314 S Franklin St, 2nd Floor
Titusville, PA 16354

Phone: 800-327-7861
Last Four Digits of Acct #: 3224

By: _[signature]_
Transferee Servicer/Transferee Servicer's Agent

Date: 04/14/2021

**BSI Financial Services**

314 S Franklin St. / Second Floor
PO Box 517
Titusville, PA 16354
800-327-7861
814-217-1366 Fax
https://myloanweb.com/BSI

03-05-2021

Sent via First Class Mail

Old Account Number: ▉▉▉▉▉▉

Account Number: ▉▉▉▉▉▉
Property Address: 2165 W 1010 N
SAINT GEORGE UT 84770

JOHANNES W DEWINTER
2165 W 1010 N
SAINT GEORGE UT 84770

# NOTICE OF SERVICING TRANSFER

The servicing of your mortgage loan is being transferred to BSI Financial Services, effective 03-02-2021. The transfer of servicing does not affect any term or condition or the mortgage loan other than terms directly related to the servicing of the loan.

## WHAT THIS MEANS FOR YOU

After this date, BSI Financial Services will be collecting your mortgage loan payments from you. As referenced above, your loan number may have changed; however, nothing else about your mortgage loan will change.

ROUNDPOINT MORTGAGE SERVICING, your prior servicer, was collecting your payments. ROUNDPOINT MORTGAGE SERVICING will not accept any payments received by you after the day preceding 03-02-2021, at which point BSI Financial Services, as your new servicer, will start accepting payments received from you going forward.

Customers can send all payments due on or after 03-02-2021, to BSI Financial Services at this address:

**Via First Class Mail**
BSI Financial Services
PO Box 679002
Dallas, TX  75267-9002

**Via Priority or Overnight Mail**
BSI Financial Services
Lockbox Number 679002
1200 E. Campbell Rd. Ste. 108
Richardson, TX  75081

If you have any questions for either your prior servicer, ROUNDPOINT MORTGAGE SERVICING, or your new servicer, BSI Financial Services, about your mortgage loan or this transfer, please contact them using the information below:

**Prior Servicer**
ROUNDPOINT MORTGAGE SERVICING
Customer Care
PO BOX 19409
CHARLOTTE NC 28219
877-426-8805

**New Servicer**
BSI Financial Services
Customer Care
314 S Franklin St, 2nd Floor
Titusville, PA 16354
800-327-7861

Under Federal law, during the 60-day period beginning on the effective date of the transfer of the loan, a loan payment received by your old servicer on or before its due date (including any grace period allowed under the mortgage loan instruments) may not be treated by the new servicer as late, and a late fee may not be imposed on you.

Licensed as Servis One, Inc. dba BSI Financial Services BSI Financial Services BSI NMLS # ▉▉▉▉
Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.